26cr51 DWF/SGE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| v. | ) | 8 U.S.C. § 1326(a) |
| | ) | 8 U.S.C. § 1326(b)(1) |
| ANGEL GUZMAN-RODRIGUEZ, | ) | 8 U.S.C. § 1326(b)(2) |
| | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Reentry of Removed Alien)

On or about February 04, 2026, in the State and District of Minnesota, the defendant,

**ANGEL GUZMAN-RODRIGUEZ,**

an alien, was found in the United States after having been removed therefrom on or about March 09, 2012, and February 13, 2018, not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States, and whose removal was subsequent to a removal order, all in violation of Title 8, United States Code, Section 1326(a), all in violation of Title 8, United States Code, Section 1326(a).

### COUNT 2
(Reentry of Removed Alien – Prior Felony)



SCANNED
FEB 18 2026
U.S. DISTRICT COURT MPLS

On or about February 04, 2026, in the State and District of Minnesota, the defendant,

**ANGEL GUZMAN-RODRIGUEZ,**

an alien, was found in the United States after having been removed therefrom on or about March 09, 2012, and February 13, 2018, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States, and whose removal was subsequent to a conviction for commission of a felony, namely:

| Offense | Jurisdiction | Date of Conviction (On or about) |
| --- | --- | --- |
| Illegal Re-Entry | United States District Court Eastern District of Louisiana | May 05, 2017 |

all in violation of Title 8, United States Code, Section 1326(b)(1).

## COUNT 3
(Reentry of Removed Alien – Prior Aggravated Felony)

On or about February 04, 2026, in the State and District of Minnesota, the defendant,

**ANGEL GUZMAN-RODRIGUEZ,**

an alien, was found in the United States after having been removed therefrom on or about March 09, 2012, and February 13, 2018, and not having obtained

the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States, and whose removal was subsequent to a conviction for commission of an aggravated felony, namely:

| Offense | Jurisdiction | Date of Conviction (On or about) |
|---|---|---|
| Aggravated Robbery-1st Degree | Kandiyohi County District Court, 8th Judicial District of Minnesota | March 23, 2010 |

all in violation of Title 8, United States Code, Section 1326(b)(2).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                              FOREPERSON